# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2020 ND 128

Hutchingson Chuchu Davies,
Petitioner and Appellant

v.

State of North Dakota,
Respondent and Appellee

Nos. 20190340, 20190341,
20190342

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Stephannie N. Stiel, Judge.

AFFIRMED.

Per Curiam.

Laura C. Ringsak, Bismarck, ND, for petitioner and appellant; submitted on brief.

SheraLynn Ternes, Assistant State's Attorney, Fargo, ND, for respondent and appellee; submitted on brief.

# Davies v. State
## Nos. 20190340, 20190341, 20190342

**Per Curiam.**

[¶1]  Hutchingson Chuchu Davies appeals from a district court judgment denying his application for post-conviction relief. Following a post-conviction hearing, the court found Davies failed to satisfy the *Strickland* test for ineffective assistance of counsel. *Strickland v. Washington*, 466 U.S. 668 (1984). The court did not clearly err in denying Davies' application for post-conviction relief. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]  Jon J. Jensen, C.J.
Jerod E. Tufte
Gerald W. VandeWalle
Lisa Fair McEvers
Daniel J. Crothers